IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 08- 57 M |
| THOMAS PENDLETON, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_ Maximum sentence life imprisonment or death

    \_\_\_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    **X** Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    **X** Serious risk defendant will flee

    \_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

    **X** Defendant's appearance as required

    **X** Safety of any other person and the community



FILED

MAR 11 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____ Previous conviction for eligible offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        _____ (a) on release pending trial for a felony;

        _____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        _____ (c) on probation or parole for an offense.

    _____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    _____ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __11th__ day of __March__, 2008.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

                BY: _____
                          Ilana H. Eisenstein
                          Assistant United States Attorney