| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | | |
|---|---|---|---|---|---|---|
| **WITNESS AND EXHIBIT RECORD** | | | | | | |
| DATE 3/14/08 | CASE NUMBER 08-57m | OPERATOR Kincaid | | | PAGE NUMBER | |
| NAME OF WITNESS | | DIRECT | CROSS | ~~REDIRECT~~ | RECROSS | PRESIDING OFFICIAL |
| Deputy USM Nilmon David | | 9:10 am | 9:30 am | 9:42 Excused | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Govt 1 | Copy of Criminal Complaint & Affidavit | No Obj | No Obj |

FILED
MAR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE